# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA, ROME DIVISION

Zhejiang Kingdom New Material )
)
Group Co. Ltd,                    )
     *Plaintiff,*            )     Civil Action File No.
)
     vs.                        )
)
Bella Surfaces Group, LLC,        )
     *Defendant.*            )
)

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Zhejiang Kingdom New Material Group Co. Ltd, (hereinafter "Plaintiff"), complaining of and against Bella Surfaces Group,LLC (hereinafter "Defendant"), and would respectfully show the court the following:

### A. NATURE OF THE ACTION

1. This diversity suit is an action for breach of contract by a seller of goods against the purchaser.

**Complaint for Damages**

## B. PARTIES AND SERVICE

2. Plaintiff, Zhejiang Kingdom New Material Group Co. Ltd, is a private limited company formed and existing under the laws of the People's Republic of China, whose principal address is 38 Desheng Road, Heshan Town,Tongxiang City, Zhejiang Province, China , WEBSITE: www.kingdomgroup.com.cn.

3. Defendant, Bella Surfaces Group, LLC is a Domestic For-Profit Limited Liability Company, and is organized and existing under the laws of the State of Alabama, whose official address, listed with the Alabama Secretary of State, is "2 NORTH JACKSON STREET, SUITE 605 MONTGOMERY, AL 36104", WEBSITE: https://www.bellaflooringgroup.com/. Defendant, Bella Surfaces Group, LLC, also, apparently, has offices and warehouse at 3572 S Dug Gap Rd, Dalton, GA 30720.  Defendant Bella Surfaces Group, LLC therefore resides in Whitfield County, Georgia, and it may be served with process via its Chief Executive Officer Tyler Geren at his official address of 3572 S Dug Gap Rd, Dalton, GA 30720, or wherever he may be found.

4. Plaintiff may be served by serving the undersigned, and it submits itself to the jurisdiction of this court.

## C. JURISDICTION AND VENUE

5. Jurisdiction in this action is proper in this Court pursuant to 28 U.S.C. § 1332(a)(2) as this is a diversity jurisdiction action and the sole plaintiff is a citizen

of a foreign state (i.e., the People's Republic of China) and the sole Defendant is a citizen of a state (i.e., the State of Georgia), the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and no exception applies.

6. Venue in this action is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because all, or substantially all, of the acts or omissions giving rise to the claims asserted herein occurred in this District.

## D. FACTS

7. Plaintiff  Zhejiang Kingdom New Material Group Co. Ltd is a company focusing on development, research and manufacturing of flooring, wall panels and similar products, which exports goods around the world. Plaintiff sold vinyl flooring, PVC moulding, carpet title and related goods to the Defendant on various dates between 03/02/2019 and 05/28/2023 in accordance with contemporaneous related invoices.

8. Defendant Bella Surfaces Group, LLC, received and accepted all of the goods shipped to it by Plaintiff, and did not reject any of them under the terms of said contemporaneous invoices.

9.  Plaintiff sent emails and called Defendant many times prior to the filing of this action demanding the payments due on said outstanding invoices.

10. At this time, there is due and owing on said invoices, for the above-referenced goods, the sum of $993,953.72.

**Complaint for Damages**

11. Defendant has breached its contract between the parties by failing to pay all sums that were due under the parties' contract. As a result, Plaintiff has incurred economic damages in the sum of the unpaid portion of the contract, $993,953.72.

## E. COUNT I - BREACH OF CONTRACT

12. The allegations in paragraphs 1-11 of the Complaint are incorporated by reference as if fully stated herein.

13. Defendant Bella Surfaces Group, LLC, breached the parties' contract by failure to pay for the shipments of all of the goods shipped to it by Plaintiff. The economic damages incurred by plaintiff are $993,953.72, the unpaid portion of the contract price. Plaintiff  Zhejiang Kingdom New Material Group Co. Ltd seeks judgment against Defendant Bella Surfaces Group,LLC, in that amount, plus interest.

## F. COUNT II - IMPLIED CONTRACT

14. The allegations in paragraphs 1-11 of the Complaint are incorporated by reference as if fully stated herein.

15. In the event no express contract is found between the parties, Plaintiff Zhejiang Kingdom New Material Group Co. Ltd, is entitled to recover the reasonable value of the goods shipped to Defendant Bella Surfaces Group, LLC, which Plaintiff will show to be in the reasonable sum of $993,953.72, for which Plaintiff seeks to recover in this suit.

## G. RECOVERY OF ATTORNEYS FEES WARRANTED

16.  Defendant has acted in bad faith, has been stubbornly litigious, and/or has caused Plaintiff unnecessary trouble and expense. Thus, Plaintiff is entitled to and specially pleads recovery of attorney fees and other litigation expenses pursuant to Georgia Code Section 13-6-11, as determined by the jury.

## H. PRAYER FOR RELIEF

17. Plaintiff respectfully requests:

a. Process issue as provided by law;

b. A trial by jury against Defendant;

c. Judgment be awarded to Plaintiff and against Defendant;

d. Plaintiff be awarded damages in amounts to be shown at trial, but not less than $993,953.72;

e. Plaintiff be awarded all interest to which it is entitled, including but not limited to demanding prejudgment interest on any amounts that become liquidated at any time;

f. Plaintiff be awarded its attorney fees and other litigation expenses, and

g. Plaintiff have such other relief as this Court deems just and appropriate.

DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted, this 18th of

November, 2023.

LAW OFFICES OF STEVEN L. SUGARS

/s/ Steven L. Sugars

_____

Steven L. Sugars
Requesting Admission Pro Hac Vice
440 E. Huntington Drive, Suite #347
Arcadia, CA 91006
Phone: (626) 243-3343
Fax: (626) 609-0439
Email:sugarslaw@gmail.com

/s/ Jeff Zhengquan Xie

_____

Jeff Zhengquan Xie
(Georgia Bar No. 779614)
1770 Indian Trail Lilburn Rd,Suite 450
Norcross, GA 30093
Phone: (678) 380-0698
Fax: (678)380-0668
Email: jeff@xielaw.com